**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 97-7796**

─────────

WILLIAM ALASCIO,

                          Plaintiff - Appellant,

    versus

WORCESTER COUNTY COMMISSIONERS; JAMES BARRETT;
IRA SHOCKLEY, Warden; ROBERT C. LAMAR, Dr.,
Worcester County Jail,

                          Defendants - Appellees.

─────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-97-376-JFM)

─────────

Submitted:  March 12, 1998        Decided:  March 26, 1998

─────────

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

William Alascio, Appellant Pro Se.  Linda S. Woolf, GOODELL,
DEVRIES, LEECH & GRAY, Baltimore, Maryland, for Appellees.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion to reconsider a previous order in which the court granted summary judgment to defendants in his 42 U.S.C. § 1983 (1994) action. We have reviewed the record and the district court's opinion and order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Alascio v. Worcester County Comm'rs</u>, No. CA-97-376-JFM (D. Md. Nov. 26, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>